UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                Case No. 21-mj-218

FELICIA KONOLD

### ENTRY OF APPEARANCE FOR DEFENDANT FELICIA KONOLD

To the Clerk of the Court:

Please enter my appearance as appointed counsel in this case effective February 26, 2021.

Respectfully submitted,

/s/ Richard S. Stern
_____
RICHARD S. STERN
D.C. Bar No. 205377
932 Hungerford Drive #37A
Rockville, MD 20850
301-340-8000
Email:  rssjrg@rcn.com
Attorney for Ms. Konold

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have electronically served all counsel of record on February 27, 2021.

 /s/ Richard S. Stern
_____
RICHARD S. STERN

1